```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KWIK GOAL, LTD.

     Plaintiff,

v.

EPIC SPORTS, INC., GARY PROCTOR
and GOAL SPORTING GOODS, INC.

     Defendants.
------------------------------------------------------------x

Case No. 06-cv-00396 (SHS) (DF)

**FINAL JUDGMENT AND
INJUNCTION BY CONSENT**

  **WHEREAS**, on or about January 19, 2006, Kwik Goal commenced an action against defendants Epic Sports, Inc. ("ESI") and Gary Proctor ("Proctor") (ESI and Proctor, collectively, "Defendants") in the United States District Court for the Southern District of New York captioned Kwik Goal, Ltd. v. Epic Sports, Inc., Gary Proctor and Goal Sporting Goods, Inc., 06 Civ. 00396 (SHS) (the "Action") asserting claims of copyright infringement under the Copyright Laws of the United States, trademark infringement, passing off and trade dress infringement under the Trademark Laws of the United States, patent infringement under the Patent Laws of the United States, breach of contract, unfair competition, deceptive and dishonest acts and practices, misappropriation and unjust enrichment;

  **WHEREAS**, in the Action Defendants interposed three counterclaims. Defendants' first counterclaim seeks, inter alia, a declaration of invalidity with respect to the copyright registrations Kwik Goal asserted against Defendants in the Action, Copyright Registration Nos. TX-4-580-917, TX-4-942-281, TX-5-185-981, TX-5-421-443, TX-5-554-492, TX-6-231-464 (the "Copyright Registrations"). Defendants' second counterclaim seeks a declaration that the patent Kwik Goal asserted in the Action, United States Patent No. 5,938,546 (the "'546 Patent"), was not infringed, was invalid, void and unenforceable. Defendants' third

counterclaim alleges that Kwik Goal improperly terminated ESI as an authorized distributor of Kwik Goal's merchandise (Defendants' three counterclaims, collectively, the "Counterclaims");

**WHEREAS,** Kwik Goal and defendant Goal Sporting Goods, Inc. ("Goal") previously agreed to resolve all outstanding disputes and previously stipulated to the entry of a Final Judgment and Injunction By Consent as against defendant Goal only which stipulation was so Ordered by the Court on or about April 20, 2006; and

**WHEREAS,** Kwik Goal and Defendants have now agreed to resolve all outstanding disputes without the expense and inconvenience of further litigation and have stipulated to the entry of this Final Judgment and Injunction By Consent, this Honorable Court consenting.

**NOW THEREFORE,** it is accordingly ordered, adjudged and decreed:

1. Kwik Goal's claims against Defendants arise under the Copyright Laws of the United States, Title 17 U.S.C. § 101 et seq., the Trademark Laws of the United States, Title 15 U.S.C. § 1051 et seq., and the Patent Laws of the United States, Title 35 U.S.C. § 1 et seq.

2. This Court has jurisdiction over Defendants and has jurisdiction over the subject matter of Kwik Goal's claims for relief by reason of 28 U.S.C. §§ 1331, 1338 and 1367. This Court also has jurisdiction pursuant to 28 U.S.C. § 1332 as there is diversity between the parties and the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars. Venue in this Judicial District is proper as to Defendants under 28 U.S.C. § 1391.

3. Defendants, their officers, agents, representatives, employees and all persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are permanently enjoined and restrained from infringing Kwik

Goal's copyrights, infringing Kwik Goal's trademarks and trade dress, infringing Kwik Goal's patents, from falsely designating the origin, sponsorship or affiliation of their business, goods or services, from unfairly competing with Kwik Goal, from engaging in deceptive trade practices, misappropriation and unjust enrichment and specifically from:

(i) copying, reproducing, distributing, creating derivative works of, or otherwise using images, text or graphics from, the works that are the subject of the Copyright Registrations. It is understood and agreed that use by Defendants of the images and text attached hereto as Exhibit A would not constitute a violation of this decretal paragraph 3(i).

(ii) using any reproduction, counterfeit, copy or colorable imitation of the marks "KWIK BUTTON" and/or "QUICK BUTTON" or any other designation confusingly similar to Kwik Goal's federally registered KWIK BUTTON® trademark (U.S. Reg. No. 2302061) in connection with the promotion and/or marketing of sporting goods and related goods and services; provided that Defendants may use the term "PUSH BUTTON" in connection with the promotion of soccer goals.

(iii) using any reproduction, counterfeit, copy or colorable imitation of the tri-partite diamond design logo depicted below or any other designation confusingly similar to Kwik Goal's federally registered diamond logo (U.S. Reg. No. 2147667) in connection with the promotion and/or marketing of sporting goods and related goods and services:



(iv) using any reproduction, counterfeit, copy or colorable imitation of the marks "KWIK BACK" or "QUICK BACK" or any other designation confusingly similar to Kwik Goal's federally registered KWIK BACK® trademark (U.S. Reg. No. 2232965) in

3

US2000 9521611 2

connection with the promotion and/or marketing of sporting goods and related goods and services.

(v) importing, distributing, offering for sale or selling a soccer rebounder product containing a red square "target" and white ground shoes with red caps. Notwithstanding the foregoing, ESI having represented that it has previously placed advertisements in the form shown in Exhibit B for calendar year 2006 and that such advertisements have already been published in third party publications, it is acknowledged and agreed that the existence of such previously placed and published advertisements shall not constitute a violation of this decretal paragraph 3(v); however, future advertisements placed by ESI shall conform to the requirements of this paragraph.

(vi) unauthorized importing, distributing, offering for sale or selling ESI's two-sided rebounder product item #RV234B; or any product that infringes the '546 Patent.

4. The Court expressly retains jurisdiction over the parties hereto for the purpose of enforcing and insuring compliance with the terms of this Final Judgment and Injunction By Consent.

5. The above captioned action and the Counterclaims are hereby dismissed with prejudice.

[INTENTIONALLY LEFT BLANK]

4

6. It being represented to the Court that Kwik Goal and Defendants have settled all claims, the Counterclaims and demands made in this action against each other, each party shall bear its own costs.

**CONSENTED TO:**

**KILPATRICK STOCKTON LLP**

By: _____
JOSEPH PETERSEN (JP-9017)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
Jpetersen@KilpatrickStockton.com
Attorneys for plaintiff
Kwik Goal, Ltd.

**LAW OFFICES OF TODD WENGROVSKY, PLLC.**

By: _____
TODD WENGROVSKY (TW-4823)
285 Southfield Road, Box 585
Calverton, NY 11933
Tel (631) 727-3400
Fax (631) 727-3401
contact@twlegal.com
Attorneys for defendants
Epic Sports, Inc. and Gary Proctor

**SO ORDERED:**

Dated: New York, New York
~~October __, 2006~~
11/2/06

_____
Hon. Sidney H. Stein
United States District Judge

5

US2000 9451611.2

## FINAL JUDGMENT AND INJUNCTION BY CONSENT
## EXHIBIT A

1. **Epic Futsal Ball (Low bounce)**

A weighted, 25" circumference Futsal ball.
Constructed of 32 panels of hand sewn,
Top Quality Synthetic leather
Regular inflation is required with Latex bladders.



2. **X-TREEM Indoor Soccer ball**

The Ultimate Indoor Ball
Designed for INDOOR PLAY
butyl bladder for Superior air retention
Cover constructed of 32 Handsewn Panels of soft suede
with 4- layer Sta-ball backing and Balanced Ball Technology
Sizes: 4 & 5



3. **Captain Arm Bands**

Elastic arm bands to designate
team captain



4. **Easy Goal Rebounder 7' H x 14' W**

Price Includes:
(1) Goal & Net
Quality Features:
Transportable.
1 5/8" O.D. steel tube, painted white.
Please Call 1-888-225-4537 if ordering more than 1-Goal
No Tools Required to assemble
Snap Lock Construction
6" Welded Steel Spikes (under flat ground bars) provides goal support. 4mm
net with rubber straps included.

5. **Epic Small Soccer Goal 6.5'Tall x 18.5'Wide**

Price Includes :(1 - Goal Net), Net Fastener "U" Ground Anchors
Quality Features: 1 1/2" O.D. metal, painted white.
Push Button assembly.
2mm net and "U" anchors included.
Replacement net available

6

# Epic Soccer
## Gear for the Elite



400 S. Emporia
Wichita, KS 67202
1-888-225-4537
www.epicsoccer.com

### ASSEMBLY INSTRUCTIONS

**Parts List**

Part #1
(Post - Left Front)
1 each ❶

Part #2
(Post - Right Front)
1 each ❷

Part #3
(Center Bar)
1 each ❸

Part #4
(Side Bars)
2 each ❹

Part #5
(Ground Stakes)
2 each ❺

Part #6
(Rubber bands)
22 each ❻

Part #7
(U-Hooks)
22 each ❼

Remove all parts from box.
Arrange all pieces on
ground in order
of assembly.

**Parts List Cont.**

Part #8
(Pilot Hole Peg)
1 each ❽

Part #9
(Net with Hooks)
1 each ❾

Part #10
(Steel Pins)
2 each ❿

Part #11
(Heavy Duty Pins)
4 each ⓫

Part #12
(Target Squares)
? each ⓬

Part #13
(Net Attachment Rope)
1 each ⓭



000060

2) Evenly space 11 Rubber Bands (#6) on each of the two Front Posts (#1 & #2)



Part #6
(Rubber Bands)
11 each

Post - Left Front
(#1)

Part #6
(Rubber Bands)
11 each

Post - Right Front
(#2)

3) Attach a Side Bar (#4) to each end of the Center Bar (#3),
   shown in diagram (A) and weave the entire assembled Top Bar
   into and through the very top squares of the netting, starting at the
   Top Corner Tag, as shown in diagram (B).



Side Bar (#4)   Center Bar (#3)   Top Corner Tag   Side Bar (#4)

Push

A   B

Net (#5)

000061 

8

4.) Lay assembled Top Bar and attached net closely between the two Front Posts (#1 & #2) and attach Front Posts to assembled Top Bar, as shown in diagram (C).



5.) Depress the Snap Button and slide the Top Side Bar (#4) (along with the push button) into the push button hole and into the Top Center Bar (#3) as shown in diagram (D), this will aid the net installation.



000062

9

6.) Slide the flat "L" part of the S-hooks (#7) behind the top Rubber Bands (#6) on the Front Posts (#1 & #2) and attach Net (#9) to S-Hook (#7) as shown in diagram (E).



7.) Using two people, each person holding a different Front Post, slowly pull the assembled frame apart until the Snap Buttons located on the Top Side Bar (#4) snap into the slot located in the Middle Bar (#3), as shown in diagram (F).



000003

10

#8) Attach a Ground Shoe (#5) to the bottom of each of the Front Posts (#1 & #2) and using the two Snap Hooks, one located at each lower corner of the net, attach the Net (#9) to the Ground Shoes (#5), as shown in diagram (G)



#9) Starting at the top of the assembled goal, measure the distance from the center of the Left Front post to the center of the Right Front Post and make note of that Width Measurement. Lift the assembled goal to the upright position and stand in the desired location. Remove protective spike cap from each Ground Shoe (#5). Stand on the top of one of the Ground Shoes (#5) with your feet and jump slightly (without hurting yourself, see diagram H) until the Ground Shoe Spike is halfway embedded into the ground, then place the second Ground Shoe (#5) the same distance away from the partially embedded Ground Shoe (#5) as the Width Measurement you measured. (Well, you may have to pull the bottom of the goal apart slightly to achieve the desired Width Measurement. Now using the previous technique, insert the spike of the second Ground Shoe (#5) fully into the ground and then fully insert into the ground the spike of the first partially embedded Ground Shoe (#5). **NEVER USE A HAMMER ON THE GROUND SHOES (#5).** If ground is hard use the Pilot Hole Peg (#8) to create a pilot hole for the Ground Shoe Spikes prior to inserting into the ground, see diagram (I)



000064

11

UZ000 991161) 7

#10) Slide the flat "U" part of the S-hooks (#7) behind each Rubber Band (#6) on both Front Posts (#1) & #2) and attach Net (#9) to S-Hooks (#7) as shown in diagrams (J,K,L & M).



#11) Attach Target Square (#12) at desired location.

#12: Reverse assembly instructions to disassemble.

CAUTION: This goal must be anchored at all times. When this goal is not in use it must be disassembled and stored in a safe place. This assembled goal should not be left unattended. Do not use this goal in lightning, high winds, inclement weather or other dangerous conditions. This goal should be regularly checked for unsafe conditions or excessive wear, and should not be used if these conditions exist.

000065

## FINAL JUDGMENT AND INJUNCTION BY CONSENT
## EXHIBIT B

